UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

MICROBAN PRODUCTS COMPANY,

*Plaintiff* )
v. ) Civil Action No. 3:26-cv-202
)
POLYLAST SYSTEMS, LLC, )
POLYLAST GLOBAL LLC, and )
KING COAST INC., )
)
)
*Defendant* )

**SUMMONS IN A CIVIL ACTION**

**TO:** *(Defendant's name and address)*
POLYLAST SYSTEMS, LLC
c/o Randy Neighbors as Registered Agent
4007 Cherokee Court
Granbury, Texas 76048

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christina Davidson Trimmer
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date  03/13/2026

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:26-cv-202

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____        _____
                                                                                                            **Server's signature**

                                                                                _____
                                                                                **Printed name and title**

                                                                                _____
                                                                                   **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

MICROBAN PRODUCTS COMPANY,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:26-cv-202 |
| | ) |
| POLYLAST SYSTEMS, LLC, | ) |
| POLYLAST GLOBAL LLC, and | ) |
| KING COAST INC., | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
POLYLAST GLOBAL LLC
c/o Polylast Systems as Registered Agent
601 Airport Road
Coleman, Texas 76834

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Christina Davidson Trimmer
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 03/13/2026

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:26-cv-202

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____ ; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____ ; or

❑    **I returned the summons unexecuted because** _____ ; or

❑    **Other** *(specify)***:**
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                **Server's signature**

                                                                _____
                                                                **Printed name and title**

                                                                 _____
                                                                 **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

MICROBAN PRODUCTS COMPANY,

      *Plaintiff*

v.

POLYLAST SYSTEMS, LLC,
POLYLAST GLOBAL LLC, and
KING COAST INC.,

      *Defendant*

Civil Action No. 3:26-cv-202

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
POLYLAST GLOBAL LLC
c/o Registered Agents Inc.
30 N. Gould Street, Suite R
Sheridan, Wyoming 82801

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Christina Davidson Trimmer
    SHUMAKER, LOOP & KENDRICK, LLP
    101 South Tryon Street, Suite 2200
    Charlotte, North Carolina 28280

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 03/13/2026

*/s/ Katherine H. Simon*
Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:26-cv-202

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                                                               **Server's signature**

                                                                _____
                                                                            **Printed name and title**

                                                                _____
                                                                              **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

MICROBAN PRODUCTS COMPANY,

     *Plaintiff*     )
     v.     )     Civil Action No. 3:26-cv-202
     )
POLYLAST SYSTEMS, LLC,     )
POLYLAST GLOBAL LLC, and     )
KING COAST INC.,     )
     )
     )
     *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    KING COAST INC.
    1621 Central Ave.
    Cheyenne, Wyoming 82001

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Christina Davidson Trimmer
    SHUMAKER, LOOP & KENDRICK, LLP
    101 South Tryon Street, Suite 2200
    Charlotte, North Carolina 28280

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*[Signature: Katherine H. Simon]*
Katherine Hord Simon, Clerk
United States District Court

Date: 03/13/2026

(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.** 3:26-cv-202

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
 **on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____    _____
                                             **Server's signature**

                                             _____
                                             **Printed name and title**

                                             _____
                                             **Server's address**

**Additional information regarding attempted service, etc:**